584 A.2d 202

STATE OF NEW JERSEY v. ROOSEVELT CRENSHAW.

May 1, 1990.

Petition for certification denied.

584 A.2d 202

STATE OF NEW JERSEY v. KEVIN TETTERTON.

May 1, 1990.

Petition for certification denied.

584 A.2d 202

STATE OF NEW JERSEY v. BRIAN JACKSON.

May 1, 1990.

Petition for certification denied.

584 A.2d 202

STATE OF NEW JERSEY v. PHILLIP PARSONS.

May 1, 1990.

Petition for certification denied.

584 A.2d 202

STATE OF NEW JERSEY v. BENJAMIN SANTIAGO.

May 1, 1990.

Petition for certification denied.